# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 03-3659

———————

Steven R. Blair,                                    *
                                                    *
            Appellant,                              *
                                                    *   Appeal from the United States
    v.                                              *   District Court for the
                                                    *   District of Nebraska.
Marc Delman; William F. Eustice,                    *
                                                    *   [UNPUBLISHED]
            Appellees.                              *

———————

Submitted:  August 6, 2004
    Filed:  August 18, 2004

———————

Before SMITH, FAGG, and HANSEN, Circuit Judges.

———————

PER CURIAM.

Steven Blair appeals the dismissal of his 42 U.S.C. §§ 1983 and 1985(3) action. Upon de novo review, we conclude for the reasons stated by the district court[1] that the complaint failed to state a claim upon which relief could be granted, see Fed. R. Civ. P. 12(b)(6).  Accordingly, we affirm.  See 8th Cir. R. 47B.

————————————————————

———————

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.